IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED

MAR - 9 2010

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

JUSTIN HEATH GORE,  )
 )
Petitioner,  )
 )
v.  )  No. CIV 07-020-RAW-KEW
 )
RANDALL WORKMAN, Warden,  )
 )
Respondent.  )

## ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL

Petitioner has filed a motion requesting the court to appoint counsel to respond to the Magistrate Judge's Report and Recommendation, alleging he is "untrained in the law, . . . confused, . . . and terrified by both the procedural rules and legal reasoning present in this case" [Docket #26]. Although the Magistrate Judge has recommended a conditional writ of habeas corpus, petitioner still must show his claims warrant appointment of counsel. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)).

The court again has carefully reviewed the merits of petitioner's claims, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering petitioner's ability to present his claims and the complexity of the legal issues raised by the claims, the court finds that appointment of counsel still is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *See also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

**ACCORDINGLY,** petitioner's motion is DENIED.

**IT IS SO ORDERED** this 9th day of March 2010.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE